

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TNH (XXX-XX-0696) | CIVIL ACTION NO. 10-cv-1616 |
| VERSUS | JUDGE WALTER |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is affirmed and Plaintiff's complaint is dismissed with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___18___ day of ___July___, 2012.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE